UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 11-61495-CV-COHN/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

cat / div 1983 / 550 / Ft. Laud.
Case # ____________
Judge ________ Mag PAW
Motn Ifp Yes Fee pd $ Ø
Receipt # ____________



UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 11-61495-CV-COHN/WHITE

FILED by ARG D.C.
JUL 07 2011
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

GENE RAMIREZ
(Enter the full name of the plaintiff in this action)

v.

CARLOS GUERRA

(Above, enter the full name of the defendant(s) in this action)

**A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

## I. Parties

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: GENE RAMIREZ

Inmate #: 571003541

Address: P.O. BOX 9356 MAIN JAIL

FT. LAUD. FL. 33310 7B1-10 (L)

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: CARLOS GUERRA #1707

is employed as POLICE OFFICER

at FT. LAUD. FL. POLICE DEPARTMENT

C. Additional Defendants: ______

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

THE DEFENDANT CARLOS GUERRA OF THE FT.LAUD FLA. POLICE DEPT. ON 04-23-10 WAS ON DUTY AND WAS SUMMONED TO 27TH AVE AND 4TH PL. FT. LAUD. FL. AT AROUND 1600-1700 HR'S DEFENDANT RESPONDED TO A CALL FOR ASSISTANCE, WHEN THE DEFENDANT POLICE OFFICER ARRIVED PLANTIFF RAMIREZ HAD BEEN INVOLVED IN A CAR-BIKE ACCIDENT ON A MAJOR HIGHWAY RD AS A RESULT PLANTIFF WAS SEVERLY INJURED TO ALL PARTS OF BODY INCLUDING BACK OF HEAD AND FACE WITH VISIBLE BLEEDING WOUNDS. COMMON SENSE THAT CAR-BIKE COLLISON REQUIRES THAT MEDICAL TREATMENT BE GIVEN TO PLANTIFF BICYCLIST STRUCK. AFTER THE CAR-BIKE ACCIDENT AND UPON THE DEFENDANTS ARRIVAL AND WHILE PLANTIFF WAS IN THE DEFENDANTS CUSTODY PLANTIFF ASKED FOR MEDICAL HELP. THE PLANTIFF SHOULD BE ENTITLED TO EYEWITNESSES ON SCENE COMMENTS OF THE PLANTIFF STRUCK WITNESS #1 (PLANTIFF WAS LAYING ON ROAD UNCONSCIOUS. WITNESS #2 (PLANTIFF WAS BLOODY ALL OVER HIS BODY THE

DEFENDANT DENIED PLANTIFF MEDICAL TREATMENT. PLANTIFFS CONDITIONS REQUIRED IMMEDIATE MEDICAL TREATMENT. THE DEFENDANT DID NOTHING TO HAVE PLANTIFF ESCORTED TO A HOSPITAL INSTEAD TRASPORTED PLANTIFF TO THE BSO MAIN JAIL AND PLANTIFF WAS ADMITTED IN SUCH POOR CONDITIONS PLANTIFF ONE YEAR LATER STILL NEEDS MEDICAL EXAMES AND TREATMENT FOR INJURIES CAUSING DISCOMFORTS

III. **Relief**

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

THE PLANTIFF ASKS THAT THE COURTS IMMEDIATELY GIVE NOTICE TO THE DEFENDANT UPON RECEIPT OF THIS CIVIL COMPLAINT THAT THE DEFENDANT BE PUT ON NOTICE FOR HIS HATEFUL ACTIONS THAT PUT PLANTIFFS LIFE AT RISK. AND ANSWER TO A JUDGE THAT WILL DECIDE FROM THE PROOF AS EVIDENCE THAT HE'LL ANSWER PERSONALLY BEING GUILTY OF AN INTENTIONAL MISCONDUCT AND GROSS NEGLIGENCE I ALSO ASK THE COURTS TO VERIFY THE DEFENDANTS POLICE RECORDS FOR PAST DISCIPLINARY COMPLAINS THEN FILE CHARGES AGAINST POLICE OFFICER CARLOS GUERRA #1707 IN PLANTIFFS BEHALF

IV. **Jury Demand**

Do you demand a jury trial? (Yes — circled) No

Signed this 4TH day of JULY, 20 11

Rene Ramirez
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: 07-04-11

Rene Ramirez
(Signature of Plaintiff)