UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# Case No. 11 cv 61495 KMW

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

United States district Court
Southern district of Florida

Gene Ramirez
#501109116
P.O. Box 9356
FT. Laud. Fl.
33312

06-18-2012

case # 11.61495
Gene Ramirez
Plaintiff
v
Carlos Guerra
defendant.

FILED by PRG D.C.
JUN 20 2012
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Judge P.A. White

Your Honor I have received an upsetting MEMO stating that my case has or will be dismissed for failure to comply with discovery responses.

Your Honor I hope that it is clear that I am pro Se. And this is my first and only civil law suit in my life. I have tryed to the fullest to comply. I made an error and mailed discovery papers to the officers attorney. In his effort to have the case dismiss he will deny ever receiving them from me. Or said that I mailed them blank. Paperless was the word. Your Honor if I understand correct what I failed to comply with is the attorneys questions of the events using his line of questioning. It makes sense that I mailed them to him.

Your Honor. If Your Honor will have a heart and understand I'm not a lawyer and I made a simple mistake by mailing mail to the Adverse party. Which almost cost me a dismissal.

I ask Your Honor for defendants attorney to remail me the questions to be complied with. So this matter can deliver neat and order determinations til the end.
Because I have no other copies! ! ! ! ! ! ! ! ! ! ! !

Signed [signature]